1  James S. Notis
2  Jennifer Sarnelli (State Bar No. 242510)
   Kira German
3  **GARDY & NOTIS, LLP**
   501 Fifth Avenue, Suite 1408
4  New York, NY 10017
   Tel: 212-905-0509
5  Fax: 212-905-0508

6

7  Martin S. Bakst (State Bar No. 65112)
   **LAW OFFICES OF MARTIN S. BAKST**
8  15760 Ventura Boulevard, 16th Floor
   Encino, CA 91436
9  Tel: 818-981-1400
   Fax: 818-981-5550
10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14  MARIA PIROZZI, Individually and on Behalf  )  Case No.: CV  12 – 01529 – EJD
    of All Others Similarly Situated,          )
15                                             )
                                               )
16                    Plaintiff,              )  **APPLICATION FOR ADMISSION OF**
                                               )  **ATTORNEY *PRO HAC VICE***
17    v.                                       )
                                               )
18  APPLE INC.,                                )
                                               )
19                    Defendant.              )
                                               )
20                                             )

21        Pursuant to Civil L.R. 11-3, Kira German, an active member in good standing of the bars

22  of the State of New York, the State of New Jersey, and the State of Connecticut, hereby applies

23  for admission to practice in the Northern District of California on a *pro hac vice* basis

24  representing Maria Pirozzi in the above-entitled action.

25        In support of this application, I certify on oath that:

26        1.      I am an active member in good standing of a United States Court or of the highest

27                court of another State or the District of Columbia, as indicated above;

28

                                               1

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is: Martin S. Bakst, Law Office of Martin S. Bakst, 15760 Ventura Boulevard, 16th Floor, Encino, CA 91436.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2012

KIRA GERMAN

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO: 12-cv-01129-EJD