**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA PIROZZI, individually and on behalf of all others similarly situated,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**APPLE INC.,**<br><br>    Defendant. | Case No.: 12-CV-1529  YGR<br><br>**ORDER GRANTING IN PART STIPULATION RE BRIEFING SCHEDULE:**<br>**GRANTING REQUEST TO EXTEND TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT; AND DENYING REQUEST TO SET BRIEFING SCHEDULE** |

The parties' request to extend the time for Defendant Apple Inc. to answer or otherwise respond to the class action complaint is **GRANTED**. Defendant shall answer or otherwise respond to Plaintiff's Amended Complaint by **October 5, 2012**. The parties' request to set a briefing schedule is **DENIED WITHOUT PREJUDICE** to renew the request and show good cause.

This Order Terminates Docket Number 16.

**IT IS SO ORDERED**.

Date: August 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**