UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PIROZZI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>APPLE INC.,<br><br>  Defendant(s). | Case No.: 12-CV-01529 YGR<br><br>ORDER VACATING HEARING |

The Court has reviewed the papers submitted by the parties in connection with Apple Inc.'s Motion to Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for December 11, 2012 is **VACATED**.  The Court will issue a written decision on the papers.

  IT IS SO ORDERED.

Date:  December 7, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE